■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN E. BRADLEY, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered November 23, 1981, convicting him of criminal possession of stolen property in the first degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel is granted leave to withdraw (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf. *People v Gonzalez*, 47 NY2d 606). Mollen, P. J., Gulotta, Brown and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD BROCKINGTON, Appellant. — Judgment of the Supreme Court, Queens County (Rubin, J.), rendered December 11, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Mangano, O'Connor and Brown, JJ., concur.